IN UNITED STATES DISTRICT COURT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| **BRANDON HUDSON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**KIMBERLY M. FOXX, Cook County State Attorney in her Official and Individual Capacity; COOK COUNTY STATE ATTORNEY'S OFFICE; COOK COUNTY, ILLINOIS; JENNIFER WALKER-COLEMAN, in her official and individual capacity as Division Chief of Staff; JENNIFER BALLARD-CROFT, in her official and individual capacity as Chief of Staff; JOAN PERNECKE, in her official and individual capacity as Division Chief; EMILY COLE, in her Official and individual capacity as Supervisor; and MARY JOLY STEIN, in her official and individual capacity as Supervisor;**<br>　　　　*Defendants.* | **Civil Action Number 18 CV 08243**<br><br>**Hon. Andrea R. Wood** |

## NOTICE OF MOTION

**To:** Defendants' Counsels of SCHARF BANKS MARMOR LLC
333 W Wacker Dr, 450, Chicago, IL 60606
Sara R Marmor, Suzanne Milne Alexander, and Morgan G Churma

　　**PLEASE TAKE NOTICE** that on **April 27, 2021** the following **Plaintiff's Motion to Vol. Dismiss without Prejudice**, filed by Plaintiff's counsel, Sivonnia DeBarros, through electronic filing with NDIL ECF Filing, will be presented through the **scheduled teleconference at 11:30am**. A true and correct copy of the same is attached hereto and served upon you.

| | |
|---|---|
| **DATE: April 21, 2021**<br><br>SIVONNIA DEBARROS<br>SL DeBarros Law Firm, LLC<br>720 S Eastwood Dr, 298<br>Woodstock, IL 60098<br>708.234.7298 \| P<br>708843.5846 \| F<br>sdebarros@sldebarros.com | /s/ Sivonnia DeBarros<br>**Attorney for Plaintiff** |