## CERTIFICATE OF MAILING

I, an attorney, hereby certify that I caused a true and correct copy of the foregoing *Plaintiff's Motion to Voluntarily Dismiss without Prejudice* to be served upon the following party by electronic mail at 720 S Eastwood Dr, 298, Woodstock, IL 60098 on

**April 21, 2021:**

**Defendants' Counsels of SCHARF BANKS MARMOR LLC**
**333 W Wacker Dr, 450, Chicago, IL 60606**
**Sara R Marmor**
**Suzanne Milne Alexander**
**Morgan G Churma**

/s/ Sivonnia DeBarros
**Attorney for Plaintiff**

Sivonnia DeBarros
SL DeBarros Law Firm, LLC
720 S Eastwood Dr, 298
Woodstock, IL 60098
708.234.7298 | P
708843.5846 | F
sdebarros@sldebarros.com