## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| BRANDON HUDSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY M. FOXX, Cook County State )<br>Attorney in her Official and )<br>Individual Capacity; COOK COUNTY )<br>STATE ATTORNEY'S OFFICE; COOK )<br>COUNTY, ILLINOIS; JENNIFER )<br>WALKER-COLEMAN, in her official )<br>and individual capacity as Division Chief of )<br>Staff; JENNIFER BALLARD-CROFT, in her )<br>official and individual capacity as )<br>Chief of Staff; JOAN PERNECKE, in her )<br>official and individual capacity as Division )<br>Chief; EMILY COLE, in her Official and )<br>individual capacity as Supervisor; and )<br>MARY JOLY STEIN, in her official and )<br>individual capacity as Supervisor; )<br>)<br>   Defendants. ) | Case No: 18-cv-08243<br><br>Judge Andrea R. Wood |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brandon Hudson, and Defendants Cook County State's Attorney's Office, Cook County, Illinois, and Kimberly M. Foxx, Jennifer Coleman, Jennifer Ballard-Croft, Joan Pernecke, Emily Cole, and Mary Joly Stein, in their official and individual capacities, stipulate to the dismissal of this case with prejudice. Plaintiff and Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate;

2. Each party shall bear their own attorney fees, costs, and expenses; and

3. Each party waives any appellate rights that they may have as a result of this Court's prior rulings.



EXHIBIT B

1

Respectfully submitted,

/s/ *Brandon Hudson*
bhudson205@gmail.com

*Plaintiff*

/s/ *Sarah R. Marmor*
Sarah R. Marmor
Suzanne M. Alexander
Morgan G. Churma
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Telephone: 312-726-6000
smarmor@scharfbanks.com
salexander@scharfbanks.com
mchurma@scharfbanks.com

*Attorneys for Defendants*