| | |
|---|---|
| **From:** | David Lynn |
| **To:** | Brandon Hudson; Morgan Churma; Sarah Marmor; Suzanne Alexander |
| **Subject:** | RE: Judge Wood call-in information |
| **Date:** | Friday, July 23, 2021 9:47:40 AM |

Mr. Hudson,

You should appear this morning pro se if you have not retained counsel. Please use the call in information below.

Regards,

David Lynn
Courtroom Deputy to the Honorable Andrea R. Wood
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
(312) 702-8874

**Your opinion is important to us** click HERE to take our customer service survey

**From:** Brandon Hudson <bhudson205@gmail.com>
**Sent:** Friday, July 23, 2021 9:34 AM
**To:** Morgan Churma <Mchurma@scharfbanks.com>; Sarah Marmor <smarmor@scharfbanks.com>; salexander@scharfbanks.com
**Cc:** Andrew D. Finke <adf@blainevanzant.com>; Brian.Kerwin@usdoj.gov; Cooke John (USAILN) <john.cooke@usdoj.gov>; David Lynn <David_Lynn@ilnd.uscourts.gov>; Erskine, Andrew (USAILN) <Andrew.Erskine@usdoj.gov>; Mitchell, John (USAILN) <John.Mitchell@usdoj.gov>; Vandenberg, Cornelius (USAILN) <Cornelius.Vandenberg@usdoj.gov>; damon_cheronislaw.com <damon@cheronislaw.com>; grayson.walker@usdoj.gov; hnb_blainevanzant.com <hnb@blainevanzant.com>; jgv_blainevanzant.com <jgv@blainevanzant.com>; mkusatzky_sbcglobal.net <mkusatzky@sbcglobal.net>; ramonmoore@ramonmoorelaw.com; ryan@cheronislaw.com
**Subject:** Re: Judge Wood call-in information

**CAUTION - EXTERNAL:**

Good morning, Counsel:

Please ask the Court to waive my appearance, as I was not able to retain substitute counsel to appear for me today in 18-cv-08243.

If you are not in Agreement to have the Court appoint an attorney to represent me through the Settlement Assistance Program, proceed with the Settlement you filed and pleaded provide me with

EXHIBIT A

a status update.

Additional time to have counsel review the Terms would be appreciated; however, if your client is not in agreement, proceed as you must. Have a great weekend.

Brandon

On Fri, Jul 23, 2021 at 8:13 AM David Lynn <David_Lynn@ilnd.uscourts.gov> wrote:

> Good morning,
>
> Please see the below call-in information for today's call, as well as the attached call sheet. To join the conference, please use the instructions below or by calling the conference line at the bottom of this message. Please keep your phone on mute until directed or your case is called.
>
> The hyperlink below will direct you to the ATT conference monitor website. From there, join the conference as a guest, enter your name, and complete the CAPATCHA. On the next screen, please press the "Call me" button and enter your phone number. You will receive a call and be connected to the conference line.
>
> While participants will have the ability to identify who is speaking, speakers should still identify themselves for the purpose of creating a clear record. Participants should be careful to speak clearly and not to speak over any other participants. If you do not have access to a computer, please access the conference by using the public call in information.
>
> Click here to join the conference: https://teleconference.uc.att.com/ecm/?bp=2154463649&mac=3547847
>
> Dial: 888-557-8511, access code: 3547847#.
>
> Regards,
>
> David Lynn
> Courtroom Deputy to the Honorable Andrea R. Wood
> U.S. District Court for the Northern District of Illinois
> 219 S. Dearborn Street
> Chicago, IL 60604
> (312) 702-8874
>
> **Your opinion is important to us** click HERE to take our customer service survey

> David Lynn
> Courtroom Deputy to the Honorable Andrea R. Wood
> U.S. District Court for the Northern District of Illinois
> [219 S. Dearborn Street](#)
> [Chicago, IL 60604](#)
> (312) 702-8874
>
> ***Your opinion is important to us*** [click HERE to take our customer service survey](#)

--
Brandon
--
Brandon Hudson, Esq.
Direct dial: [(630) 697-9306](#)

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to [BHudson205@gmail.com](mailto:BHudson205@gmail.com), and destroy this communication and all copies thereof, including all attachments.
*************************************************************

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.