| | |
|---|---|
| **From:** | Morgan Churma |
| **To:** | Brandon Hudson |
| **Cc:** | Sarah Marmor |
| **Subject:** | RE: 18 cv 08243 |
| **Date:** | Monday, July 26, 2021 3:56:00 PM |

Mr. Hudson,

You were present during the settlement conferences with the Court and those conferences explicitly were discussed last Friday – regardless of whether the docket reflects them as being "official settlement conferences." Your request to re-open settlement discussions after you already executed a settlement agreement in which you promised to dismiss this case with prejudice is pointless. There is no legitimate basis not to enforce the settlement, and your lawyer's decision to withdraw from representing you in this case has no bearing on your decision to sign that document – especially as you are an attorney yourself. Our clients do not agree to any further settlement conferences and Judge Wood's order regarding the upcoming deadline speaks for itself.

Also, please copy Ms. Marmor on emails about this case as she is lead counsel.

Regards,

Morgan G. Churma
D<small>IRECT</small> 312-897-1483 | M<small>OBILE</small> 707-292-3303
Mchurma@scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

**From:** Brandon Hudson <bhudson205@gmail.com>
**Sent:** Monday, July 26, 2021 3:12 PM
**To:** Morgan Churma <Mchurma@scharfbanks.com>
**Subject:** Re: 18 cv 08243

Mr. Churma:

Please advise of the date when your client participated in an official Settlement Conference on this case. The docket also does not display any official Settlement Conference.

The terms "such conference" and "multiple such conferences," are not the same as an official Settlement Conference under the Federal Rules.

Judge Woods wants to ensure fairness and transparency in the Settlement Agreement.

Given the untimely, precarious, and questionable withdrawal of my prior counsel near the end of the case, an official Settlement Conference will protect all interests of all parties and participants.

If your client requires a Motion to Show Cause by Plaintiff to be filed as a method of making a record


EXHIBIT B

of this reasonable request, please advise.

Brandon

On Mon, Jul 26, 2021 at 2:26 PM Morgan Churma <Mchurma@scharfbanks.com> wrote:

> Mr. Hudson,
>
> Our clients will not agree to an additional settlement conference as we already have an executed settlement agreement and have participated in multiple such conferences with the Court. Judge Wood was very clear on Friday that the only reason for keeping this case open was to allow you time to show cause in writing as to why the settlement should not be enforced. It remains entirely unclear to us why you still have not filed dismissal papers. We ask that you fulfill your obligation under the agreement and dismiss this case with prejudice without further delay by filing the stipulation of dismissal we provided.
>
> Regards,
>
> Morgan G. Churma
> Direct 312-897-1483 | Mobile 707-292-3303
> Mchurma@scharfbanks.com
>
> The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.
>
> ---
>
> **From:** Brandon Hudson <bhudson205@gmail.com>
> **Sent:** Monday, July 26, 2021 1:22 PM
> **To:** Morgan Churma <Mchurma@scharfbanks.com>
> **Subject:** 18 cv 08243
>
> Mr. Churma:
>
> Please advise if your client is amenable to an official Settlement Conference, so the Hon. Judge Wood may participate.
>
> Please note consideration of filing a motion for official conference is under review. Thank you.
>
> Sincerely,
>
> Brandon
> --
> Brandon
> --
> Brandon Hudson, Esq.

> Direct dial: (630) 697-9306
>
> ************************************************************
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.
> ************************************************************

--
Brandon
--
Brandon Hudson, Esq.
Direct dial: (630) 697-9306

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************