| | |
|---|---|
| **From:** | Morgan Churma |
| **To:** | Brandon Hudson |
| **Cc:** | Sarah Marmor |
| **Subject:** | Hudson v. Foxx |
| **Date:** | Friday, July 30, 2021 12:32:00 PM |
| **Attachments:** | image001.png |

Mr. Hudson,

I understand that you have asked Ms. Marmor whether Defendants will agree to an extension to today's deadline. As you are aware, Ms. Marmor is out of the country for the funeral of a member of her household. Defendants object to extending today's deadline.

**MORGAN G. CHURMA**



333 West Wacker Drive, Suite 450

Chicago, IL 60606 | 312-726-6000

Direct 312-897-1483 | Mobile 707-292-3303 | Mchurma@scharfbanks.com

vCard | www.scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

**EXHIBIT D**