EXHIBIT 1
p. 1 of 3



**OFFICE OF THE STATE'S ATTORNEY**
COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

6 9 W. WASHINGTON, SUITE 3200
CHICAGO, ILLINOIS 60602
PHONE (312) 603-1880
FAX (312) 603-9693

November 27, 2017

To: ASA ▇▇▇▇▇▇
26ᵗʰ St. ▇▇▇▇▇▇

From: Kathy Wallace
Human Resources

On October 6, 2017, you made a claim of work place harassment against ASA Sara Kaufman. Specifically you alleged that in a discussion with ASA Kaufman regarding a September 29, 2017 email exchange, she described your email response as ▇▇▇▇▇▇ and stated that you were being ▇▇▇▇▇▇. As we discussed, the Cook County State's Attorney's Office ("CCSAO") takes such allegations very seriously and will not tolerate in appropriate behavior in the workplace. Employees are encouraged to bring such matters to our attention at any time, without fear of any adverse action being taken against them for doing so.

In my capacity as Director of Human Resources, I have interviewed all of the employees involved and /or identified as having knowledge of the alleged conduct, including you and ASA Kaufman. The investigation is now complete. Although we have determined that the complained of conduct does constitute unlawful workplace harassment by ASA Kaufman, it does appear that the use of profanity by ASA Kaufman falls short of the CCSAO's expectation that employees conduct themselves at all times in a professional, courteous and business-like manner.

Although privacy considerations limit our ability to share confidential information with you about other employees, I can tell you that appropriate action has been taken to ensure that such conduct does not repeat itself. Should you experience any further problems, please feel free to let me know. Any future conduct, including any retaliation, will be dealt with swiftly and severely as the circumstances dictate.

Please do not hesitate to ask questions or speak up about matters that concern you. If you feel any form of retaliation occurs, report it immediately so that it can be addressed quickly.

Thank you for bringing the matter to my attention.

cc: file

EXHIBIT 1
p. 2 of 3



EXHIBIT 1
p. 3 of 3

## OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
State's Attorney

JENNIFER BALLARD CROFT
Chief of Staff
69 W. Washington – Suite 3200
Chicago, IL 60602
312/603-1880

December 4, 2017

▮

Dear ▮:

    Effective March 4, 2017, your employment with the Cook County State's Attorney's Office is terminated.

    All office materials (keys, ID's, etc.) must be returned to Human Resources. Your last check will be mailed to you, if you are not currently using direct deposit. Please verify with Human Resources that we have your correct address. You must make arrangements to pick up all personal belongings.

Sincerely,



Kathy Wallace
Director of Human Resources