

"LEGAL INNOVATION YOU CAN TRUST"

720 S Eastwood Dr, 298, Woodstock, IL 60098
708.234.7298 | 708.843.5846 (F)
sdebarros@sldebarros.com

May 6, 2021

Sent by Electronic Mail

Brandon Hudson
bhudson205@gmail.com

**EXHIBIT 2**
**p. 1 of 1**

  **Re:** *Hudson vs. Foxx, et. al. and Counsel's Motion to Withdraw.*

Dear Mr. Hudson:

As you know I filed a Motion to Withdraw from this matter and it is currently pending a ruling along with the Motion to Voluntarily Dismiss and Opposing Counsel's Request for Fees on May 25, 2021 at 12:30pm.

Given my pending Motion to Withdraw and that there is a difference of opinion on how to handle this matter, I do not feel comfortable making any further communications with the other side regarding the merits of this case ==considering that they are selling attorney's fees and potentially - sanctions.==

==Therefore, I'll be filing a motion to advance my withdrawal in this case and that will give you an opportunity to proceed as you see fit.==

If you have any questions, please feel free to contact my office at 708.234.7298.

Sincerely,

*Sivonnia DeBarros*

DeBarros
Attorney at Law