Brandon Hudson <bhudson205@gmail.com>

## Settlement Letter & Dismissal
6 messages

**Sivonnia DeBarros** <sdebarros@sldebarros.com>  Thu, May 6, 2021 at 12:43 PM
To: Brandon Hudson <bhudson205@gmail.com>

See attached for Stipulation and Settlement Letter for this matter. Also attached is a Client Correspondence.

**EXHIBIT 3**
p. 1 of 2

--
Sincerely,

*Sivonnia DeBarros*
Attorney at Law



**720 S Eastwood Drive, #298**
**Woodstock, IL 60098**
708.234.7298 x100   | Phone
708.843.5846         | Fax
www.sldebarros.com | website



Secure a Copy of my new book? What Are You Sporting About?

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify The SL DeBarros Law Firm, LLC immediately by return e-mail and delete the original message and any copies of it from your computer system. Furthermore, replying to a message as a result of an attorney advertised posting does not create an attorney-client relationship and thus, does not bar the attorney of SL DeBarros Law Firm, LLC from representing someone adverse to you in a subsequent matter.

**3 attachments**

 **2021-05-06 Letter Agreement to Dismiss with Prejudice.pdf**
38K

 **2021-05-06 Stipulation of Dismissal with Prejudice.docx**
17K

 **2021-05-06 Correspondence to Client.pdf**
153K

**Brandon Hudson** <bhudson205@gmail.com>
To: Sivonnia DeBarros <sdebarros@sldebarros.com>

Thu, May 6, 2021 at 1:09 PM

EXHIBIT 3
p. 2 of 2

Hey Sivonnia:

We are close to settling this case out of Court. Is there something I need to know that I do not know, now?

Please do not be scared off the case by the threat of attorneys fees and sanctions.

It is very common for a magistrate to oversee settlement conversations--I sent the email requesting Magistrate Valdez.

Let's hang in this until it's settled, please. Also, please call me before making any non-strategy decisions. Thank you.

Call me.

Brandon
--
Brandon Hudson, Esq.
Direct dial: (630) 697-9306

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*