

EXHIBIT 4
p. 1 of 2

**SCHARF BANKS MARMOR LLC**

333 West Wacker Drive, Suite 450
Chicago IL 60606 • (312) 726-6000
www.scharfbanks.com

Reply directly to:
Sarah R. Marmor
312-726-6000
smarmor@scharfbanks.com

June 2, 2021

*Via Email*

Brandon Hudson
bhudson205@gmail.com

      Re:    *Hudson v. Foxx, et. al*, No. 18-cv-8243 – Agreement to Dismiss with Prejudice

Dear Mr. Hudson:

    This letter confirms the agreement between Plaintiff Brandon Hudson ("Mr. Hudson") and Defendant Cook County State's Attorney's Office ("CCSAO") as well as all individual and official capacity defendants ("Defendants") (collectively "Parties") by which Plaintiff will dismiss his claims against all Defendants based on the facts alleged in the above-referenced lawsuit with prejudice.

    As consideration for this agreement, the CCSAO and Defendants will not seek prevailing party attorney fees in this matter. The CCSAO also agrees that it will provide a neutral reference in response to inquiries from prospective employers for Mr. Hudson. Specifically, the CCSAO will confirm that Mr. Hudson was employed as an Assistant State's Attorney and the dates of his employment. The Parties all agree to mutually release any known claims arising out of Hudson's employment and departure from the CCSAO.

    Nothing in this agreement shall limit the ability of the CCSAO to comply with laws or court orders requiring the disclosure or production of documents.

    In return, Mr. Hudson agrees to dismiss the above-referenced lawsuit with prejudice and waive any and all appellate rights he may have with regard to the lawsuit and the Court's rulings.

                           Very truly yours,

                           Sarah R. Marmor

EXHIBIT A

Brandon Hudson
June 2, 2021
Page 2

EXHIBIT 4
p. 2 of 2

ACCEPTED AND AGREED as of June 7, 2021.

Brandon Hudson

By: _____  <------------------- (emphasis added)

Printed name: MR. BRANDON HUDSON, ESQ.

Encl.: Stipulation of Dismissal with Prejudice