## Re: Hudson v. Foxx, et al. - Plaintiff's Motion for Voluntary Dismissal

Sivonnia DeBarros <sdebarros@sldebarros.com>
Thu 4/22/2021 3:15 PM
To: Morgan Churma <Mchurma@scharfbanks.com>
Cc: Sarah Marmor <smarmor@scharfbanks.com>

Fine. We'll figure out what the Court prefers us to do. As it stands, I'm not stipulating to a briefing schedule.

On Thu, Apr 22, 2021 at 3:01 PM Morgan Churma <Mchurma@scharfbanks.com> wrote:

> We are not going to stipulate to a dismissal without prejudice, and will be prepared to argue that the grounds in the motion for seeking a dismissal are improper under Rule 41(a)(2).
>
> Morgan G. Churma
>
> DIRECT 312-897-1483 | MOBILE 707-292-3303
>
> Mchurma@scharfbanks.com
>
> The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.
>
> **From:** Sivonnia DeBarros <sdebarros@sldebarros.com>
> **Sent:** Thursday, April 22, 2021 2:48 PM
> **To:** Morgan Churma <Mchurma@scharfbanks.com>
> **Cc:** Sarah Marmor <smarmor@scharfbanks.com>
> **Subject:** Re: Hudson v. Foxx, et al. - Plaintiff's Motion for Voluntary Dismissal
>
> Rule 41(a)(1) does. If you guys want to stipulate, I can file an amended motion. I filed the motion as (a)(2) because we have not spoken and there was no pending stipulation. Nonetheless, based on what's before us, I'd say let's discuss the matter with the Court and figure it out at that time. If the Court wants to withdraw the motion to vol. dismiss and file a withdrawal motion, fine.
>
> On Thu, Apr 22, 2021 at 2:32 PM Morgan Churma <Mchurma@scharfbanks.com> wrote:

EXHIBIT B

Sivonnia,

The rule that you moved under, Rule 41(a)(2), does not permit dismissal by stipulation as it seeks a court-ordered dismissal based on grounds the Court deems proper. Additionally, you never asked us to stipulate. We do not agree that dismissal without prejudice is appropriate after two full rounds of briefing on motions to dismiss and the Court's order dismissing the FAC.

We also did not realize that your reason for seeking dismissal was to allow you to withdraw from the case. That is not an appropriate basis for dismissal without prejudice.

In light of this, we propose two options. You can withdraw your motion for dismissal and seek leave to withdraw as counsel. Alternatively, we can brief the motion for voluntary dismissal. Since the matter already was set for status on April 27th, we can discuss the briefing schedule with the Court at that time if you do not want to agree to one now.

Morgan G. Churma

DIRECT 312-897-1483 | MOBILE 707-292-3303

[Mchurma@scharfbanks.com](Mchurma@scharfbanks.com)

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

---

**From:** Sivonnia DeBarros <sdebarros@sldebarros.com>
**Sent:** Thursday, April 22, 2021 2:14 PM
**To:** Morgan Churma <Mchurma@scharfbanks.com>
**Cc:** Sarah Marmor <smarmor@scharfbanks.com>
**Subject:** Re: Hudson v. Foxx, et al. - Plaintiff's Motion for Voluntary Dismissal

I don't see any purpose in briefing the motion to vol. dismiss. Why not just stipulate to it?

If you guys want to brief it then I'll be asking the court for leave to file a motion to withdraw and to give my client time to find counsel.

And you're right about the noticing. I totally forgot about that and just piggy backed on our status date.

Sivonnia DeBarros
Attorney at Law

SL DEBARROS LAW FIRM
720 S Eastwood Dr, 298
Woodstock, IL 60098
708.234.7298      | Telephone
708.843.5846      | Fax
www.sldebarros.com

On Thu, Apr 22, 2021, 2:00 PM Morgan Churma <Mchurma@scharfbanks.com> wrote:

> Hi Sivonnia,
>
> I don't believe we've met, but I am working with Sarah Marmor on the above matter.  We see that you noticed Plaintiff's motion for voluntary dismissal for presentment on April 27th.  However, in light of the COVID-19 pandemic and per Judge Wood's standing order, she does not want motions noticed for presentment.  In light of this, we are hoping to agree to a briefing schedule on the motion.  Are you agreeable to a response date of May 7, 2021 with your reply due May 14, 2021?  If so, I will email the courtroom deputy in accordance with the standing order and copy you.
>
> Regards,
>
> **MORGAN G. CHURMA**
>
> Error! Filename not specified.
>
> 333 West Wacker Drive, Suite 450
>
> Chicago, IL 60606 |  312-726-6000
>
> Direct 312-897-1483 | Mobile 707-292-3303| Mchurma@scharfbanks.com
>
> vCard | www.scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

--

Sincerely,

*Sivonnia DeBarros*

Attorney at Law

**720 S Eastwood Drive, #298**

**Woodstock, IL 60098**

[708.234.7298 x100](#) | Phone

[708.843.5846](#)        | Fax

[www.sldebarros.com](#) | website

Secure a Copy of my new book? [What Are You Sporting About](#)?

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify The SL DeBarros Law Firm, LLC immediately by return e-mail and

> delete the original message and any copies of it from your computer system. Furthermore, replying to a message as a result of an attorney advertised posting does not create an attorney-client relationship and thus, does not bar the attorney of SL DeBarros Law Firm, LLC from representing someone adverse to you in a subsequent matter.

--
Sincerely,

*Sivonnia DeBarros*
Attorney at Law

**720 S Eastwood Drive, #298**
**Woodstock, IL 60098**
708.234.7298 x100   | Phone
708.843.5846           | Fax
www.sldebarros.com | website

Secure a Copy of my new book? What Are You Sporting About?

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify The SL DeBarros Law Firm, LLC immediately by return e-mail and delete the original message and any copies of it from your computer system. Furthermore, replying to a message as a result of an attorney advertised posting does not create an attorney-client relationship and thus, does not bar the attorney of SL DeBarros Law Firm, LLC from representing someone adverse to you in a subsequent matter.