## 18-cv-8243 Hudson v Foxx, et. al - Joint Email Pursuant to Dkt. 101

**Morgan Churma** <Mchurma@scharfbanks.com>

Tue 5/4/2021 12:00 PM

To: David_Lynn@ilnd.uscourts.gov <David_Lynn@ilnd.uscourts.gov>

Cc: Sivonnia DeBarros <sdebarros@sldebarros.com>; Sarah Marmor <smarmor@scharfbanks.com>; Suzanne Alexander <salexander@scharfbanks.com>

Dear Judge Wood and Mr. Lynn,

At Court's request, the parties have met and conferred about whether an agreement could be reached to dismiss this case with prejudice and submit this email jointly to inform the Court of their progress. The parties have agreed to a settlement in principle that would result in a dismissal with prejudice and Plaintiff waiving his appellate rights. Ms. DeBarros has filed a motion to withdraw, but the attorneys are hopeful that settlement can be completed and this matter resolved in the next day or two.

Thank you,

**MORGAN G. CHURMA**



333 WEST WACKER DRIVE, SUITE 450
CHICAGO, IL 60606 | 312-726-6000
DIRECT 312-897-1483 | MOBILE 707-292-3303 | Mchurma@scharfbanks.com
**VCARD** | WWW.SCHARFBANKS.COM

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

**EXHIBIT**

**C**