**Re: 18-cv-8243 Hudson v. Foxx, et. al.**

Sivonnia DeBarros <sdebarros@sldebarros.com>
Wed 5/26/2021 1:33 PM

To: Sarah Marmor <smarmor@scharfbanks.com>
Cc: Brandon Hudson <bhudson205@gmail.com>; David Lynn <David_Lynn@ilnd.uscourts.gov>; Morgan Churma <Mchurma@scharfbanks.com>

Mr. Lynn,

This message is in furtherance of my Motion to Advance Ruling on my Motion to Withdraw. After the status hearing on settlement and the unfounded and ungrounded allegations made by Mr. Hudson against myself on his representation in this case, I urged the Court to sign an order allowing my immediate withdrawal from this case *instanter*.

The Court stated that it wished to maintain the Status Quo while Opposing Counsels checked with their clients on one particular settlement issue and thus, wanted to keep me in the matter until a final status. The issue with that is my client has made claims against me on record and recently sent an email seeking his client file.

Previous to this, Mr. Hudson has communicated directly with Opposing Counsel and this Court acting as his own counsel.

Keeping me in this matter will only subject me to additional unfounded allegations of insufficient representation after the hard work and fighting I've done on Mr. Hudson's behalf. I urge the Court to enter an order allowing my immediate withdrawal *instanter*.

On Mon, May 24, 2021 at 11:34 AM Sarah Marmor <smarmor@scharfbanks.com> wrote:

> Dear Mr. Lynn –
>
> The Defendants object to Mr. Hudson sending the annotated settlement document to the Court without prior notice or conference with them. We will be prepared to discuss this matter at the new hearing time tomorrow.
>
> Very truly yours,
>
> Sarah Marmor

**EXHIBIT D**

**Sarah R. Marmor**

Scharf Banks Marmor LLC

333 West Wacker Drive, Suite 450

Chicago, IL 60606

Direct: 312-662-6197

Cell: 773-320-1410

smarmor@scharfbanks.com

**From:** Brandon Hudson <bhudson205@gmail.com>
**Sent:** Monday, May 24, 2021 11:01 AM
**To:** David Lynn <David_Lynn@ilnd.uscourts.gov>
**Cc:** Morgan Churma <Mchurma@scharfbanks.com>; Sivonnia DeBarros <sdebarros@sldebarros.com>; Sarah Marmor <smarmor@scharfbanks.com>
**Subject:** Re: 18-cv-8243 Hudson v. Foxx, et. al.

Thank you, Mr. Lynn.

Please let me know if Judge Wood is able to assist the parties in Settling this case or if Judge Wood will refer this matter to the Magistrate Judge for assistance with Settlement. Please see the proposed document attached for Settlement purposes only. Thank you.

Sincerely,

Brandon

--

Brandon Hudson, Esq.

Direct dial: (630) 697-9306

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, May 24, 2021 at 10:19 AM David Lynn <David_Lynn@ilnd.uscourts.gov> wrote:

> Mr. Hudson:
>
> Please see the attached order resetting the hearing for tomorrow to 12:15. The Judge is requesting you personally participate in the hearing by phone. Instructions for the hearing are below. Let me know if you have any questions.
>
> The hyperlink below will direct you to the ATT conferencing website. From there, join the conference as a guest, enter your name, and complete the CAPATCHA. After entering your name, please use the "Call me" button and enter your phone number. You will receive a call and be connected to the conference line.
>
> While participants will have the ability to identify who is speaking, speakers should still identify themselves for the purpose of creating a clear record. Participants should be careful to speak clearly and not to speak over any other participants. If you do not have access to a computer, please access the conference by using the public call in information.
>
> Click here to join the conference: https://teleconference.uc.att.com/ecm/?bp=2154463649&mac=3547847
>
> Dial: 888-557-8511, access code: 3547847#.

Regards,

David Lynn

Courtroom Deputy to the Honorable Andrea R. Wood

U.S. District Court for the Northern District of Illinois

219 S. Dearborn Street

Chicago, IL 60604
(312) 702-8874

**Your opinion is important to us click HERE to take our customer service survey**

--
Sincerely,

*Sivonnia DeBarros*
Attorney at Law

**720 S Eastwood Drive, #298**
**Woodstock, IL 60098**
708.234.7298 x100   |  Phone
708.843.5846           |  Fax
www.sldebarros.com |  website

Secure a Copy of my new book? What Are You Sporting About?

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if

you have received this communication in error, please notify The SL DeBarros Law Firm, LLC immediately by return e-mail and delete the original message and any copies of it from your computer system.  Furthermore, replying to a message as a result of an attorney advertised posting does not create an attorney-client relationship and thus, does not bar the attorney of SL DeBarros Law Firm, LLC from representing someone adverse to you in a subsequent matter.