## RE: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal

Morgan Churma <Mchurma@scharfbanks.com>
Wed 7/14/2021 12:41 PM
To: Brandon Hudson <bhudson205@gmail.com>
Cc: Sarah Marmor <smarmor@scharfbanks.com>

Mr. Hudson,

In light of today's minute entry, we wanted to follow-up with you about filing the Stipulation of Dismissal with Prejudice enclosed with the settlement letter. For your convenience, I have re-attached it here. Are you able to file this today? These are typically filed by the plaintiff, but if you are unable to do so, please let us know whether you agree to us filing as it contains electronic signatures for all parties.

Regards,

Morgan G. Churma
DIRECT 312-897-1483 | MOBILE 707-292-3303
Mchurma@scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

---

**From:** Sarah Marmor <smarmor@scharfbanks.com>
**Sent:** Tuesday, June 8, 2021 7:05 AM
**To:** Brandon Hudson <bhudson205@gmail.com>
**Cc:** Morgan Churma <Mchurma@scharfbanks.com>
**Subject:** Re: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal

Thank you for the signed agreement, Mr. Hudson. In order to be effective, you are required to dile a stipulaiton of dismissal in the form that we provided to you, and I believe the Court expected that to be filed yesterday. Please file it today.

**Sarah R. Marmor**
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Cell: 773-320-1410 Direct: 312-662-6197
smarmor@scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privileged. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email is not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

---

**From:** Brandon Hudson <bhudson205@gmail.com>
**Sent:** Monday, June 7, 2021 11:11 PM
**To:** Sarah Marmor <smarmor@scharfbanks.com>
**Cc:** Morgan Churma <Mchurma@scharfbanks.com>
**Subject:** Re: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal



EXHIBIT E

Ms. Marmor and Mr. Churma:

Please see attached.

Brandon
--
Brandon Hudson, Esq.
Direct dial: (630) 697-9306

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, Jun 7, 2021 at 11:00 AM Sarah Marmor <smarmor@scharfbanks.com> wrote:

> Mr. Hudson –
>
> Your decision to seek these additional terms at the eleventh hour is unacceptable to my clients. You are retreading ground that we already discussed with the Court on our first settlement call, and which you represented you were prepared not to pursue. This does not constitute good faith, in our view, but rather spears to be another effort to delay the inevitable.
>
> If you do not return the signed letter agreement and dismiss the case with prejudice per the stipulation we provided to you last week – by the Court's deadline of today – we will ask the Court at the next hearing to dismiss this case with prejudice based on your failure to file an amended complaint by the deadline to do so. In addition, given your conduct in this process, we will seek prevailing party fees against you unless you dismisses the case today pursuant to our settlement offer and the Court's order.
>
> - Sarah Marmor
>
> 
>
> **Sarah R. Marmor**
> Scharf Banks Marmor LLC
> 333 West Wacker Drive, Suite 450
> Chicago, IL 60606
> Direct: 312-662-6197
> Cell: 773-320-1410
> smarmor@scharfbanks.com
>
> **From:** Brandon Hudson <bhudson205@gmail.com>
> **Sent:** Monday, June 7, 2021 9:30 AM
> **To:** Morgan Churma <Mchurma@scharfbanks.com>; Sarah Marmor <smarmor@scharfbanks.com>

**Cc:** David Lynn <david_lynn@ilnd.uscourts.gov>
**Subject:** Re: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal

Ms. Marmor and Mr. Churma:

In good faith and in furtherance to my statement addressing the Court on June 2, 2021, please know I am awaiting a Retainer Agreement from counsel to assist me with the proposed Settlement Agreement.

Based on the communication breakdown and subsequent withdrawal of my former Attorney, Sivonnia DeBarros, please advise and/or confirm the following requests were made to your office and advise of your client's response:

1. Will your client, CCSAO, reduce the neutral reference to a writing?
(To address the CCSAO's written documents attached as "Exhibits to Complaint 1")

2. Will your client update Plaintiff's employment file to reflect "resignation" and remove the "termination" status?

3. Will your client reinstate Plaintiff?

4. Will your client offer lost wages, benefits, front pay and/or back pay damages to make Plaintiff whole the 18-months Plaintiff was unemployed (underemployed) while actively seeking employment after the termination? (Calculated at the approximate salary rate for Plaintiff)

5. Will your client (or has your client) offered any monetary relief, at any point before the EEOC filing to present, in an attempt to settle this case?

Sincerely,

Brandon

On Fri, Jun 4, 2021 at 4:31 PM Sarah Marmor <smarmor@scharfbanks.com> wrote:

> The neutral reference is explained in the body of the letter. There would be no neutral reference document per se.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Brandon Hudson <bhudson205@gmail.com>
> **Sent:** Friday, June 4, 2021 3:03:31 PM
> **To:** Morgan Churma <Mchurma@scharfbanks.com>; Sarah Marmor <smarmor@scharfbanks.com>
> **Cc:** David Lynn <david_lynn@ilnd.uscourts.gov>
> **Subject:** Re: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal
>
> Ms. Marmor and Mr. Churma:
>
> Thank you for sending me the documents.

Please advise if the neutral reference document was enclosed, as I did not receive the neutral reference. Thank you.

Sincerely,

Brandon

---------- Forwarded message ---------
From: **Morgan Churma** <Mchurma@scharfbanks.com>
Date: Wed, Jun 2, 2021 at 2:27 PM
Subject: Hudson v. Foxx et al. - Letter Agreement for Execution and Stipulation of Dismissal
To: Brandon Hudson <bhudson205@gmail.com>
CC: Sarah Marmor <smarmor@scharfbanks.com>

Mr. Hudson,

As discussed during today's conference with Judge Wood, please find the following attached (1) the revisions to the letter agreement with redlines, (2) the letter agreement executed by Ms. Marmor on behalf of Defendants for your signature, and (3) the stipulation of dismissal with prejudice for filing once the agreement is finalized.

Regards,

**MORGAN G. CHURMA**



333 West Wacker Drive, Suite 450

Chicago, IL 60606 | 312-726-6000

Direct 312-897-1483 | Mobile 707-292-3303| Mchurma@scharfbanks.com

vCard | www.scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege.

--
Brandon
--
Brandon Hudson, Esq.

Direct dial: (630) 697-9306

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Brandon Hudson, Attorney-at-Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to BHudson205@gmail.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*