ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Brandon Hudson,

Plaintiff(s),

v.

Kimberly M. Foxx,

Defendant(s).

Case No. 1:18-cv-08243
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: In favor of Defendants Kimberly M. Foxx; Cook County State's Attorney Office; Cook County; Joan Pernecke; Mary Joly Stein; Emily Cole; Jennifer Walker Coleman; Jennifer Ballard-Croft and against Plaintiff Brandon Hudson.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion to dismiss.

Date: 11/1/2021

Thomas G. Bruton, Clerk of Court

David Lynn , Deputy Clerk