UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Brandon Hudson
                               Plaintiff,

v.                                                        Case No.: 1:18−cv−08243
                                                       Honorable Andrea R. Wood

Kimberly M. Foxx, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2022:

       MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for permission to appeal in forma pauperis [136], [139] is denied without prejudice as incomplete. By order dated 5/3/2022 [139], the Court granted Plaintiff's request for leave to file under seal his financial affidavit in support of his motion and gave him until 5/10/2022 to do so. As of 6/6/2022, however, Plaintiff still has not filed his financial affidavit. Without the financial affidavit, the Court cannot determine Plaintiff's ability to pay or to give security for fees and costs in connection with his appeal. Accordingly, Plaintiff's request to proceed on appeal in forma pauperis must be denied in its current form. The Clerk is directed to forward a copy of this Order to the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.