**FILED**

7/6/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 18-cv-08243 |
| | ) | |
| | ) | Honorable Andrea R. Wood |
| KIMBERLY M. FOXX, Cook County State Attorney in her Official and Individual Capacity; COOK COUNTY STATE ATTORNEY'S OFFICE; COOK COUNTY, ILLINOIS; JENNIFER WALKER-COLEMAN, in her official and individual capacity as Division Chief of Staff; JENNIFER BALLARD-CROFT, in her official and individual capacity as Chief of Staff; JOAN PERNECKE, in her official and individual capacity as Division Chief; EMILY COLE, in her Official and individual capacity as Supervisor; and MARY JOLY STEIN, in her official and individual capacity as Supervisor | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY $505 TO THE DISTRICT COURT CLERK OR RE-FILE *FORMA PAUPERIS*

Plaintiff Brandon Hudson ("Hudson"), *Pro se*, moves this Court pursuant to Local Rules of the United States District Court Northern District of Illinois 16.1, subsection 8 (LR 16.1.8 "Extensions of Time.") and Federal Rule of Civil Procedure (FRCP) Rule 6, to extend the time for Plaintiff to pay $505 to the District Court Clerk or re-file *forma pauperis*. In support of Plaintiff's Motion, Plaintiff states as follows:

1. On June 7, 2022, this Honorable Court entered a Notification of Docket Entry denying Plaintiff's motion in *forma pauperis* without prejudice, allowing Plaintiff leave to re-file and granting Plaintiff's request to file under seal. (Dkt. 142).

2. This Court's June 7, 2022 Order referenced a May 3, 2022 Order (filed as a Notice of Docket Entry) allowing Plaintiff until May 10, 2022 to re-file his *forma pauperis* motion.

3. Plaintiff, in good-faith and for good causes, requires additional time to pay $505 or re-file his *forma pauperis* motion.

4. LR 16.1.8 states, in relevant part, "no extensions of the Order and Conference dates will be granted without good cause..."

5. Plaintiff, throughout this case, made good-faith efforts to conduct due diligence. However, Plaintiff did **not** receive an electronic email or paper notice of this Honorable Court's May 3, 2022 Order (filed a as Notice of Docket Entry). (Dkt. 140)

6. Additionally, Plaintiff in May 2022 lost a loved one and in June 2022 was invited the view the body of his deceased loved one in preparation for funeral services held in June 2022.

7. Plaintiff respectfully request bereavement consideration similar to the consideration Plaintiff and this Honorable Court extended to defense counsel around July 27, 2021 when defense counsel, Ms. Marmor, advised Plaintiff, "I do not have time for a call with you," when she suffered a death in her household and she was "tied up on other matters" as she was preparing to leave the country for a funeral.

8. Plaintiff also notes to this Honorable Court this case was closed without any fact finding conference/hearing or limited discovery by the Illinois Department of Human Rights; United States Equal Employment Opportunity Commission; or this Honorable Court.

9. Plaintiff brings to this Honorable Court and Defendants attention Freedom of Information Act (FOIA) requests submitted in another, presumably unrelated matter that Defendants have excessively stalled or provided heavily redacted information. (Exhibit 1)

10. Plaintiff wants to bring to this Honorable Court's and Defendants' attention that should information relevant to this case be inadvertently discovered pursuant to FOIA at a later date that was otherwise unavailable during the instant case, Plaintiff will file a motion brining the *previously unavailable information* to this Court's attention. Plaintiff notes Defendants have stalled the request for approximately a year.

11. Plaintiff request until August 7, 2022, to pay $505 to the District Court Clerk or re-file his motion *forma pauperis*. This date will allow Plaintiff time to gather additional documents following the death of his loved one or time borrow funds for payment of $505 to the District Court Clerk.

**WHEREFORE**, the Plaintiff moves this Court to enter an order granting Plaintiff until August 7, 2022, to pay $505 to the District Court Clerk or re-file his motion *forma pauperis* in the above-captioned matter.

In addition, Plaintiff moves to this Court to aid the parties in communication and transparency of any information that will aid this Honorable Court in its interest in the administration of justice, an independent and honorable judiciary is indispensable to justice in our society. Plaintiff kindly asks this Honorable Court to grant his instant request for extension.

Respectfully submitted,

Brandon Hudson
Interim *Pro se* (seeking counsel), Plaintiff

By: /s/ Brandon Hudson
    Brandon Hudson
    Interim *Pro se* (seeking counsel), Plaintiff

Brandon Hudson
1507 East 53rd Street
Chicago, Illinois 60615
BHudson205@gmail.com

**CERTIFICATE OF SERVICE**

I, Brandon Hudson, certify that on July 6, 2022, I caused to be filed the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME **TO PAY $505 TO THE DISTRICT COURT CLERK OR RE-FILE *FORMA PAUPERIS*** using the Court's CM/ECF system or Temporary_E-Filing@ilnd.uscourts.gov, which will send e-mail notification of the filing to all parties of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/ Brandon Hudson

**OFFICE OF THE STATE'S ATTORNEY**
COOK COUNTY, ILLINOIS

KIMBERLY M. FOXX
STATE'S ATTORNEY

ELYSSA SHULL                                                    50 W WASHINGTON
FOIA OFFICER                                                    CHICAGO, ILLINOIS 60602

WRITER'S E-MAIL ADDRESS:                                        WRITER'S DIRECT LINE:
ELYSSA.SHULL@COOKCOUNTYIL.GOV

June 10, 2022

*VIA EMAIL*

Re: FOIA Request

Dear Mr. Hudson:

I am responding to the request for documents under the Illinois Freedom of Information Act ("FOIA") statute that was received by the Cook County State's Attorney's Office (the "SAO") on via e-mail.

You asked for:

> *Emails <u>related to former ASA Brandon Hudson</u>*
> **From: Sept. 2017 – August 2018**
> *Keyword searched: "Hudson, Brandon"*

After discussion with SAO personnel who are most knowledgeable about the existence of any responsive records and an electronic search, this office is providing documents responsive to your request.

Attorneys' notes, recommendations, and work product created over the course of internal deliberations have been redacted or withheld in their entirety as attorney-client privileged work product consistent with Section 7(1)(m) of the FOIA. Section 7(1)(m) provides:

Communications between a public body and an attorney or auditor representing the public body that would not be subject to discovery in litigation, and materials prepared or compiled by or for a public body in anticipation of a criminal, civil or administrative proceeding upon the request of an attorney advising the public body, and materials prepared or compiled with respect to internal audits of public bodies. 5 ILCS 140/7(1)(m).

The Public Access Bureau (PAB) has interpreted Section 7(1)(m) to exempt records that are not subject to discovery under the Illinois work product doctrine. *Ill. Att'y Gen. PAC Req. Rev. Ltr. 20541, issued January 10, 2013, at 4.* The PAB has also interpreted Section 7(1)(m) to exempt communications protected by the attorney-client privilege. *2014 PAC 31341 (Ill. Att'y Gen. PAC Req. Rev. Ltr., issued January 6, 2015, at 3.* The materials that you seek contain privileged and confidential information that reveal the mental impressions and preliminary opinions of ASAs working on this case and are protected from disclosure by the work product doctrine. This includes handwritten notes, preliminary memorandums, research, and internal analyses generated over the course of the SAO's prosecution of this case. Such analysis is confidential attorney work product and has been redacted or withheld pursuant to Section 7(1)(m).

You have a right to appeal this decision to Sarah Pratt, Public Access Counselor, Office of the Illinois Attorney General, 500 S. 2nd Street, Springfield, Illinois 62706, (phone number 1-877-299-FOIA) or to seek judicial review under Section 11 of FOIA, 5 ILCS 140/11 (2017).

Sincerely,
/s/ *Elyssa Shull*
Elyssa Shull

| | |
|---|---|
| **From:** | JENNIFER COLEMAN (States Attorney) |
| **To:** | JENNIFER BALLARD (States Attorney) |
| **Subject:** | Updated Hudson memo |
| **Date:** | Friday, September 1, 2017 9:46:25 AM |
| **Attachments:** | Brandon Hudson memo.docx |

Sorry that took so long.  We are meeting with him next week.  Please let me know if you have any thoughts or concerns

Thanks

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| From: | JENNIFER BALLARD (States Attorney) |
|---|---|
| To: | ALYSON MILLER (States Attorney) |
| Subject: | Fwd: Updated Hudson memo |
| Date: | Friday, September 1, 2017 1:37:12 PM |
| Attachments: | Brandon Hudson memo.docx |
| | ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "JENNIFER COLEMAN (States Attorney)"
> <jennifer.coleman@cookcountyil.gov>
> **Date:** September 1, 2017 at 9:46:23 AM CDT
> **To:** "JENNIFER BALLARD (States Attorney)"
> <JENNIFER.BALLARD@cookcountyil.gov>
> **Subject: Updated Hudson memo**

Sorry that took so long.  We are meeting with him next week.  Please let me know if you have any thoughts or concerns

Thanks

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| | |
|---|---|
| **From:** | Time & Attendance System |
| **To:** | EMILY COLE (States Attorney) |
| **Subject:** | Time Off Request Notification: HUDSON, BRANDON L |
| **Date:** | Tuesday, September 12, 2017 11:53:59 AM |

HUDSON, BRANDON L has submitted a time off request.  Please review.

| **From:** | Time & Attendance System |
| **To:** | EMILY COLE (States Attorney) |
| **Subject:** | Time Off Request Notification: HUDSON, BRANDON L |
| **Date:** | Thursday, October 5, 2017 8:39:54 AM |

HUDSON, BRANDON L has submitted a time off request.  Please review.

**From:** Time & Attendance System
**To:** EMILY COLE (States Attorney)
**Subject:** Time Off Request Notification: HUDSON, BRANDON L
**Date:** Monday, October 16, 2017 3:58:40 PM

HUDSON, BRANDON L has submitted a time off request.  Please review.

| **From:** | Time & Attendance System |
| **To:** | EMILY COLE (States Attorney) |
| **Subject:** | Time Off Request Notification: HUDSON, BRANDON L |
| **Date:** | Tuesday, October 24, 2017 3:49:56 PM |

HUDSON, BRANDON L has submitted a time off request.  Please review.

| | |
|---|---|
| **From:** | JENNIFER COLEMAN (States Attorney) |
| **To:** | EMILY COLE (States Attorney) |
| **Date:** | Tuesday, November 7, 2017 1:41:50 PM |
| **Attachments:** | Brandon.Hudson.HR.memo.docx |

███████████████████████████████████████

████████

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| From: | EMILY COLE (States Attorney) |
| To: | JENNIFER COLEMAN (States Attorney) |
| Subject: | Re: |
| Date: | Tuesday, November 7, 2017 3:48:55 PM |
| Attachments: | Brandon.Hudson.HR.memo.docx |

██████████████████████████ .

Emily Cole
Supervisor, Alternative Prosecution and Sentencing Unit
Cook County State's Attorney's Office
2650 S. California Ave, 14B20
Chicago, IL 60608
773-674-3811 - direct line
773-674-2259 - fax

**From:** JENNIFER COLEMAN (States Attorney)
**Sent:** Tuesday, November 7, 2017 1:41:49 PM
**To:** EMILY COLE (States Attorney)
**Subject:**

███████████████████████████████
██████

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| | |
|---|---|
| **From:** | JENNIFER COLEMAN (States Attorney) |
| **To:** | KEVIN HUGHES (States Attorney); ARUNAS BUNTINAS (States Attorney); EMILY COLE (States Attorney) |
| **Date:** | Wednesday, November 8, 2017 3:16:22 PM |
| **Attachments:** | Brandon.Hudson.HR.memo.docx |

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| | |
|---|---|
| **From:** | EMILY COLE (States Attorney) |
| **To:** | JENNIFER COLEMAN (States Attorney); KEVIN HUGHES (States Attorney); ARUNAS BUNTINAS (States Attorney) |
| **Subject:** | Re: |
| **Date:** | Wednesday, November 8, 2017 6:42:47 PM |
| **Attachments:** | Brandon.Hudson.HR.memo.docx |

████████████████████████████

Emily Cole
Supervisor, Alternative Prosecution and Sentencing Unit
Cook County State's Attorney's Office
2650 S. California Ave, 14B20
Chicago, IL 60608
773-674-3811 - direct line
773-674-2259 - fax

**From:** JENNIFER COLEMAN (States Attorney)
**Sent:** Wednesday, November 8, 2017 3:16:20 PM
**To:** KEVIN HUGHES (States Attorney); ARUNAS BUNTINAS (States Attorney); EMILY COLE (States Attorney)
**Subject:**

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| | |
|---|---|
| **From:** | JENNIFER COLEMAN (States Attorney) |
| **To:** | KATHERINE WALLACE (States Attorney) |
| **Subject:** | Brandon Hudson |
| **Date:** | Thursday, November 9, 2017 12:20:28 PM |
| **Attachments:** | Brandon.Hudson.HR.memo.docx |

Hi Kathy

████████████████████████████████████

Thank you

Jennifer Coleman

Chief, Narcotics Prosecutions Bureau

Cook County State's Attorney's Office

2650 S. California, Chicago Il 60608

773-674-4431

| **From:** | JENNIFER COLEMAN (States Attorney) |
|---|---|
| **To:** | KATHERINE WALLACE (States Attorney) |
| **Subject:** | Fw: Brandon Hudson |
| **Date:** | Monday, November 13, 2017 9:53:51 AM |
| **Attachments:** | Brandon.Hudson.HR.memo.docx |

**From:** JENNIFER COLEMAN (States Attorney)
**Sent:** Thursday, November 9, 2017 12:20 PM
**To:** KATHERINE WALLACE (States Attorney)
**Subject:** Brandon Hudson

Hi Kathy

███████████████████████████████████████

Thank you

Jennifer Coleman
Chief, Narcotics Prosecutions Bureau
Cook County State's Attorney's Office
2650 S. California, Chicago Il 60608
773-674-4431

| | |
|---|---|
| **From:** | Time & Attendance System |
| **To:** | EMILY COLE (States Attorney) |
| **Subject:** | Time Off Request Notification: HUDSON, BRANDON L |
| **Date:** | Monday, December 4, 2017 9:20:03 AM |

HUDSON, BRANDON L has submitted a time off request.  Please review.

-------------------------------------------------------------

HUDSON, BRANDON L has submitted a time off request.  Please review.

| From: | KATHERINE WALLACE (States Attorney) |
|---|---|
| To: | EMILY COLE (States Attorney); sao time (States Attorney) |
| Cc: | ROBBIN MURPHY (States Attorney) |
| Subject: | Re: Brandon Hudson |
| Date: | Monday, December 18, 2017 11:54:30 AM |

Emily,

He will drop off after this pay period.

Kathy Wallace
Director of Human Resources
Cook County State's Attorney's Office
(312) 603-1873
(312) 603-9690 fax

---

**From:** EMILY COLE (States Attorney)
**Sent:** Monday, December 18, 2017 11:53 AM
**To:** sao time (States Attorney)
**Cc:** ROBBIN MURPHY (States Attorney); KATHERINE WALLACE (States Attorney)
**Subject:** Brandon Hudson

Brandon Hudson is no longer with our office but he is still on my CCT.

Emily Cole
Supervisor, Alternative Prosecution and Sentencing Unit
Cook County State's Attorney's Office
2650 S. California Ave, 14B20
Chicago, IL 60608
773-674-3811 - direct line
773-674-2259 - fax

| From: | EMILY COLE (States Attorney) |
| To: | KATHERINE WALLACE (States Attorney); sao time (States Attorney) |
| Cc: | ROBBIN MURPHY (States Attorney) |
| Subject: | Re: Brandon Hudson |
| Date: | Monday, December 18, 2017 11:55:30 AM |

thanks

Emily Cole
Supervisor, Alternative Prosecution and Sentencing Unit
Cook County State's Attorney's Office
2650 S. California Ave, 14B20
Chicago, IL 60608
773-674-3811 - direct line
773-674-2259 - fax

---

**From:** KATHERINE WALLACE (States Attorney)
**Sent:** Monday, December 18, 2017 11:54:29 AM
**To:** EMILY COLE (States Attorney); sao time (States Attorney)
**Cc:** ROBBIN MURPHY (States Attorney)
**Subject:** Re: Brandon Hudson

Emily,

He will drop off after this pay period.

Kathy Wallace
Director of Human Resources
Cook County State's Attorney's Office
(312) 603-1873
(312) 603-9690 fax

---

**From:** EMILY COLE (States Attorney)
**Sent:** Monday, December 18, 2017 11:53 AM
**To:** sao time (States Attorney)
**Cc:** ROBBIN MURPHY (States Attorney); KATHERINE WALLACE (States Attorney)
**Subject:** Brandon Hudson

Brandon Hudson is no longer with our office but he is still on my CCT.

Emily Cole
Supervisor, Alternative Prosecution and Sentencing Unit
Cook County State's Attorney's Office
2650 S. California Ave, 14B20
Chicago, IL 60608
773-674-3811 - direct line
773-674-2259 - fax

| | |
|---|---|
| **From:** | DOLORES SINIAWSKI (States Attorney) |
| **To:** | ALAN SPELLBERG (States Attorney) |
| **Subject:** | BRANDON HUDSON"S WORK HISTORY |
| **Date:** | Wednesday, August 29, 2018 12:08:16 PM |
| **Attachments:** | HUDSON, BRANDON - ASA 6-29-15 - JUVENILE 7-05-16.doc |

Sincerely,
Dolores Siniawski
Administrative Assistant
Criminal Appeals Division
Cook County State's Attorney's Office
50 West Washington Street - 3rd Floor
Chicago, Illinois 60602
(312)603-5496

FOIA Officer
50 W Washington
Chicago, Illinois 60602

cc: Rachel Eun